# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Azalea Solo, on behalf of herself and all others similarly situated in California, and Meghan Eveland, on behalf of herself and all others similarly situated in Pennsylvania, ) ) ) ) ) ) | MDL DOCKET NO. 1785 C/A No. 2:06-2716-DCN |
| Plaintiffs, ) ) | |
| -vs- ) ) ) | **ORDER** |
| Bausch & Lomb, Inc., ) ) ) | |
| Defendant. ) ) | |

On February 27, 2009, an Order granting Motion to Compel was entered in above-captioned case. On March 3, 2009, plaintiff filed a letter withdrawing the motion to compel.

**IT IS THEREFORE ORDERED** that the order filed on February 27, 2009, is hereby vacated. Plaintiff's motion to compel is rendered moot.

**AND IT IS SO ORDERED**.

_____
David C. Norton
Chief United States District Judge

Charleston, South Carolina

March 5, 2009