UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: BAUSCH & LOMB CONTACT LENS SOLUTION PRODUCTS LIABILITY LITIGATION<br><br>This document applies to all cases. | Case No. 2:06-MN-77777-DCN<br><br>MDL No. 1785<br><br>ORDER CLOSING THE MASTER DOCKET AND RELEASING LEAD AND LIAISON COUNSEL FOR THE PARTIES AND PLAINTIFFS' EXECUTIVE COMMITTEE AND STEERING COMMITTEE MEMBERS FROM FURTHER RESPONSIBILITY RELATING TO MDL NO. 1785 |

Pursuant to Case Management Order Nos. 1 and 2, this Court appointed lead and liaison counsel for Defendant Bausch & Lomb, Incorporated ("Bausch & Lomb") and executive committee members, steering committee members, lead counsel, and liaison counsel for Plaintiffs. Shook, Hardy & Bacon, LLP; O'Melveny & Myers, LLP; and Nelson Mullins Riley & Scarborough were appointed Bausch & Lomb's Lead Counsel. Nelson Mullins Riley & Scarborough was appointed Bausch & Lomb's Liaison Counsel. Becnel Law Firm; Whatley Drake & Kallas; Lieff, Cabraser, Heimann & Bernstein, LLP; and Richardson, Patrick, Westbrook & Brickman, LLC were appointed members of the Personal Injury Plaintiffs' Executive Committee. Becnel Law Firm, LLC; Whatley Drake & Kallas; Lieff, Cabraser, Heimann & Bernstein, LLP; Richardson, Patrick, Westbrook & Brickman, LLC; Cory, Watson, Crowder & DeGaris; Morelli Ratner PC; Langston Law Firm; Law Offices of Gary K. Smith; Harke & Clasby; Law Offices of John E. Mudd; Quetglas Law Offices; and Federman & Sherwood were appointed members of the Personal Injury Plaintiffs' Steering Committee. Ball

5283084 v1

& Scott Law Office; Isaac Diel; McGowan, Hood, Felder & Johnson; Wasserman, Comden & Casselman LLP; Goldman Scarlato & Karon; Keegan, Macaluso & Baker; Keller Grover LLP; Krishna B. Narine; Whetstone Myers Perkins & Young; and Walters Bender Strohbehn Vaughn, PC were appointed members of Plaintiffs' Economic Loss Steering Committee. Richardson, Patrick, Westbrook & Brickman, LLC was appointed Personal Injury Plaintiffs' Lead Counsel. Ball & Scott Law Office was appointed Economic Loss Plaintiffs' Lead Counsel. Gedney M. Howe, III was appointed Plaintiffs' Liaison Counsel.

Due to the fact Plaintiffs and Bausch & Lomb no longer have any cases pending in MDL 1785 and it is not anticipated that any future cases will be transferred to MDL 1785, the Court hereby relieves all above-referenced counsel from any and all further responsibilities as lead counsel, liaison counsel, executive committee members, and steering committee members. All of the above-referenced counsel are directed to maintain copies of documents presently in their possession related to MDL 1785 for one year after this order, at which time, such documents may be destroyed.

Because all the cases in MDL 1785 have been closed and all issues have been resolved, the Court hereby closes the Master Docket for MDL 1785.

IT IS SO ORDERED.

DATED at Charleston, South Carolina this ___ day of September, 2012.

_____
Hon. David C. Norton
U.S. District Court Judge

5283084 v1